

**SO ORDERED.**
**SIGNED this 28th day of October, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | | |
|---|---|---|
| RHONDA DENISE CRABTREE | ) | Case No.  3:09-BK-31895-SHB |
| | ) | Chapter 7 |
| Debtor. | ) | |

## ORDER APPROVING APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL DANIEL C. BURKE AND THE FIRM BERSTEIN LIEBHARD, LLP

F. Scott Milligan, Chapter 7 Trustee, filed an Application for Compensation of Special Counsel for Daniel C. Burke and the firm Bernstein Liebhard, LLP, on or about October 5, 2021.  Said Application has been served upon all creditors and parties in interest.  Based upon the absence of any objection, the Court finds that the Application should be allowed.  Accordingly, the Application for Compensation of is APPROVED.

The Trustee shall be permitted to pay Daniel C. Burke and the firm Bernstein Liebhard, LLP, fees in the amount of $30,246.74 and reimbursement of expenses in the amount of $926.44 as set forth in the Application out of monies recovered for the estate by special counsel.

# # #

APPROVED FOR ENTRY

/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
PO Box 12266
Knoxville, TN 37912
865-522-3311
Attorney for F. Scott Milligan, Trustee

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, a true and correct copy of the foregoing Order has been served upon the following by electronic mail (ECF).

        Tiffany DiIorio, Attorney for US Trustee
        Zachary S. Burroughs, Attorney for Debtor

The following have been served by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

(Crabtree mailing matrix attached.)

        Rhonda Denise Crabtree
        213 Pumphouse Road
        Rockwood, TN 37854

        /s/ F. Scott Milligan
        F. Scott Milligan